FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-20-00611-CV

**INTEREST OF L.J.L. AND J.W.L., MINOR CHILDREN**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The Appellees' Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before September 7, 2021. No further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court